IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PENELOPE P. HARRIS, ET AL.           :          CIVIL ACTION
                                     :
            v.                       :
                                     :
RANDY MERCHANT, ET AL.               :          NO. 09-1662

## O R D E R

**AND NOW,** this 3rd day of August, 2009, upon consideration of Defendant's Motion to Dismiss (Docket No. 3) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____

John R. Padova, J.