IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENELOPE P. HARRIS, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RANDY MERCHANT, ET AL. | : | NO. 09-1662 |

### **O R D E R**

**AND NOW**, this 23rd day of September, 2010, upon consideration of the Motion for Summary Judgment brought by Defendants Regional Excess Underwriters, LLC, a/k/a Acadia Excess Underwriters, a/k/a Berkley Excess Underwriters and Certain Underwriters at Lloyd's Subscribing to Policy No. B0750RNAFG0701840 (Docket No. 46), and all documents filed with respect thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Regional Excess Underwriters, LLC, a/k/a Acadia Excess Underwriters, a/k/a Berkley Excess Underwriters and Certain Underwriters at Lloyd's Subscribing to Policy No. B0750RNAFG0701840 and these parties are **DISMISSED** as Defendants to this action.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.